15 MAR -4 PM 12:39

acc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANTONIO HERNANDEZ-<br>GUTIERREZ (2),<br>CUAUTHEMOC ARTURO<br>ARMENDARIZ-SANDOVAL (4),<br><br>　　　　　Defendants. | Case No. 11CR00671-WQH<br><br>JUDGMENT AND ORDER<br>DISMISSING INDICTMENT AND<br>RECALLING ARREST WARRANTS |

　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

　　IT IS HEREBY ORDERED that the above defendants are dismissed from the Indictment without prejudice.

　　IT IS FURTHER ORDERED that the warrants for the arrests of the above defendants shall be recalled.

　　IT IS SO ORDERED.

　　DATED: 3/3/15

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE WILLIAM Q. HAYES
　　　　　　　　　　　　　　　　　United States District Judge